E. K. DEMMEL CO., INC., PLAINTIFF-PETITIONER, v. RUS-
SELL REALTY CORP., *ET AL.*, DEFENDANTS-RESPOND-
ENTS.

*Mr. Samuel Rosenblatt* and *Mr. Nicholas H. Hagoort, Jr.* for the petitioner.

*Messrs. Stickel & Stickel, Mr. Joseph G. Sproviere* and *Mr. Melvin N. Fine* for the respondents.

September 16, 1963.   Denied.

THOMAS A. RIDER, *ET AL.*, PLAINTIFFS, v. VERNON
LYNCH, *ET AL.*, DEFENDANTS-PETITIONERS, AND
GENERAL INSURANCE CO., *ET AL.*, DEFENDANTS-RE-
SPONDENTS.

*Messrs. Dimon, Haines & Bunting* for the petitioners.

*Messrs. Parker, McCay & Criscuolo* for the respondents.

September 30, 1963.   Granted.